```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/30/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ANTHONY WOODEN,

                           **Plaintiff,**                            **19-CV-06710 (SN)**

         -against-                                      **ORDER**

COMMISSIONER OF SOCIAL SECURITY,

                           **Defendant.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

    On November 9, 2020, the Supreme Court of the United States granted the petitions for writ of certiorari in Carr v. Saul, 961 F.3d 1267 (10th Cir. 2020), and Davis v. Saul, 963 F.3d 790 (8th Cir. 2020), which presented the question:

> Whether claimants seeking disability benefits under the Social Security Act must exhaust Appointments Clause challenges before the Administrative Law Judge as a prerequisite to obtaining judicial review.

See cert. granted Carr v. Saul, 592 U.S. ___, No. 19-1442, 2020 WL 6551771, (Nov. 9, 2020) (consolidating both cases).

    Accordingly, the Court directs the parties to meet and confer, and to file a joint letter with the Court no later than December 14, 2020, describing whether the parties agree to a stay in this case pending the outcome of the Supreme Court's decision on the issue.

**SO ORDERED.**

                                                                                  _____
                                                                                   SARAH NETBURN
                                                                                    United States Magistrate Judge

DATED:    New York, New York
                November 30, 2020