**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
ANTHONY WOODEN,

                Plaintiff,                              19 **CIVIL** 8074 (SN)

         -against-                                **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Opinion and Order dated February 12, 2021, Plaintiff's motion is granted, and the Commissioner's motion is denied; the matter is remanded for additional proceedings in accordance with this Court's Opinion and Order; judgment is entered in Plaintiff's favor, directing remand before a different ALJ who has been properly appointed under the Appointments Clause of the United States Constitution.

**Dated:** New York, New York
          February 16, 2021

                                                                     **RUBY J. KRAJICK**
                                                                       _____
                                                                         **Clerk of Court**
                                                **BY:**
                                                                         **Deputy Clerk**